# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1738.  VALERIE GHANT v. THE STATE.**

This case was docketed by this Court on July 15, 2022. The Appellant's brief and enumeration of errors were originally due on August 4, 2022. After this Court granted the Appellant three extensions of time, the brief and enumeration of errors were due on September 16, 2022. The Appellant's brief, filed on September 23, 2022, was thus untimely. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 16 (b).

The Appellant's fourth motion for an extension of time, which was filed on September 23, 2022, is DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/27/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*